COURT OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

                                        NO.
2-10-048-CV

 

IN
RE JOE SHANNON, JR.,                                                       RELATOR

CRIMINAL DISTRICT
ATTORNEY, 

TARRANT COUNTY, TEXAS

 

                                              ------------

                                    ORIGINAL
PROCEEDING

                                              ------------

                                MEMORANDUM
OPINION[1]

                                              ------------

The court has considered relator=s
petition for writ of mandamus and motion for temporary stay and is of the
opinion that relief should be denied. 
Accordingly, relator=s
petition for writ of mandamus and motion for temporary stay are denied.

Relator shall pay all costs of this original
proceeding, for which let execution issue.

PER
CURIAM

 

 

PANEL:  LIVINGSTON, GARDNER, and WALKER, JJ.

 

DELIVERED:  March 2, 2010











     [1]See
Tex. R. App. P. 47.4.